IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**VICTOR LYONS**                                                     **PETITIONER**

**VS.**                       **CASE NO. 5:09CV00316 SWW**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                **RESPONDENT**

# JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this 23rd day of March, 2010.

                                                          /s/Susan Webber Wright
                                                         UNITED STATES DISTRICT JUDGE